In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00088-CR

                                                ______________________________

 

 

                              BOBBY O’KEEFE DODDY, JR.,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 276th
Judicial District Court

                                                              Titus County, Texas

                                                            Trial
Court No. 15,504

 

                                                         
                                         

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Bobby
O’Keefe Doddy, Jr., appellant, has filed with this Court a motion to dismiss
his appeal.  The motion is signed by Doddy
and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of
Appellate Procedure.  See Tex.
R. App. P. 42.2(a).  As authorized
by Rule 42.2, we grant the motion.  See Tex.
R. App. P. 42.2.

            Accordingly,
we dismiss the appeal.

            

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          August
15, 2011

Date Decided:             August
16, 2011

 

Do Not Publish